# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−32391−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Matturo
1048 Juniper Drive
Toms River, NJ 08753

Phyllis Matturo
1048 Juniper Drive
Toms River, NJ 08753

Social Security No.:
 xxx−xx−0771                                                             xxx−xx−0446

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
 Debtor and Joint Debtor was entered on July 14, 2016.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 14, 2016
JJW: dmi

James J. Waldron
Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                       Case No. 14-32391-KCF
Edward Matturo                                                               Chapter 13
Phyllis Matturo
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                   Page 1 of 2              Date Rcvd: Jul 14, 2016
                               Form ID: 148                  Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
db/jdb         +Edward Matturo,    Phyllis Matturo,    1048 Juniper Drive,     Toms River, NJ 08753-5233
smg             U.S. Attorney,   970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,     SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,      25505 West 12 Mile Road,
                 Southfield, MI  48034)
cr             +Global Lending Services,    c/o J Ward Holliday and Associates, P.C.,     501 Elm Street,
                 Suite 400,   Dallas, TX 75202-3392
cr             +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,     99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
515148669      +Athwal Eye Assoc.,    14 Mule Road, Ste. 1,    Toms River, NJ 08755-5060
515148670      +Billing Department,    PO Box 145465,   Cincinnati, OH 45250-5465
515148671      +Brielle Orthopedics,    457 Jack Martin Blvd.,    Brick, NJ 08724-7776
515148674     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,     PO Box 8099,   Newark, DE  19714)
515268505       CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA 50368-8971
515268941       CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls, SD 57117-6030
515148672      +Citimortgage, Inc.,    Customer Service,   PO Box 10002,     Hagerstown, MD 21747-0002
515148673      +Community EMA,   PO Box 417442,    Boston, MA 02241-7442
515148675      +Credit Acceptance Corporation,    25505 West Twelve Mile Road,     Suite 3000,
                 Southfield, MI 48034-8331
515148677      +Endoscopy Center,    477 Lakehurst Road,   Toms River, NJ 08755-6342
515148679      +Gastroenterologists Of Ocean County,    477 Lakehurst Road,    Toms River, NJ 08755-6342
515148681      +Michael Harrison, Esq.,    3155 Route 10 East, Ste. 214,     Denville, NJ 07834-3430
515705722      +MidFirst Bank,,   999 NW Grand Blvd., Suite 100,,     Oklahoma City, OK 73118-6051
515148682      +Monmouth Medical Center,    PO Box 9800,   Coral Springs, FL 33075-0800
515148684     #+Omnisure Group,    440 North Wells St.,   Chicago, IL 60654-4975
515148685       Open MRI At Wall,    1975 Highway 34,   Bldg D,    Wall, NJ  07719
515148687      +SRA Associates,    401 Minnetonka Road,   Hi-Nella, NJ 08083-2914
515148686      +Sports Care Of America,    11 Eagle Rock Ave,    East Hanover, NJ 07936-3167
515148688      +St. Barnabas Health,    PO Box 903,   Oceanport, NJ 07757-0903
515148689      +Toms River Ambulatory Anesthesia,    PO Box 188,    Little Silver, NJ 07739-0188
515148690      +Toms River Surgery Center,    1430 Hooper Avenue,    Toms River, NJ 08753-2895
515148691       Toyota Motor Credit,    1510 East 122nd Street,    Cedar Rapids, IA 52409
515148692      +Trans-Continental Collections,    PO Box 5055,    White Plains, NY 10602-5055
515320169      +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
515148693      +Urologic Health Center,    67 Route 37 West,    Toms River, NJ 08755-6400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2016 22:18:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: TFSR.COM Jul 14 2016 22:03:00      Toyota Motor Credit Corporation,    19001 S. Western Ave,
                 Mailstop WF21,   Torrance, CA  90501
cr              EDI: TFSR.COM Jul 14 2016 22:03:00      Toyota Motor Credit Corporation,
                 19001 South Western Ave.,    P.O. Box 2958,    Torrance, CA  90509
515155866       EDI: HNDA.COM Jul 14 2016 22:03:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
515148680       EDI: HNDA.COM Jul 14 2016 22:03:00      Honda Financial,    PO Box 7829,
                 Philadelphia, PA  19101
515207511      +EDI: CINGMIDLAND.COM Jul 14 2016 22:03:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
515148676      +EDI: RCSFNBMARIN.COM Jul 14 2016 22:03:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
515148678      +EDI: AMINFOFP.COM Jul 14 2016 22:03:00      First Premier Bank,    601 S Minnesota Ave.,
                 Sioux Falls, SD 57104-4868
515364134      +EDI: HY11.COM Jul 14 2016 22:03:00      Hyundai Motor Finance,    P.O. Box 20809,
                 Fountain Valley, Ca 92728-0809
515345832       EDI: RESURGENT.COM Jul 14 2016 22:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515148683      +E-mail/Text: OMCbankruptcy@meridianhealth.com Jul 14 2016 22:19:00      Ocean Medical Centr,
                 PO Box417140,   Boston, MA 02241-7140
515361883       EDI: PRA.COM Jul 14 2016 22:03:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,   Norfolk VA 23541
515362419       EDI: PRA.COM Jul 14 2016 22:03:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One/Hsbc,    POB 41067,   Norfolk VA 23541
515279190      +EDI: JEFFERSONCAP.COM Jul 14 2016 22:03:00      Premier Bankcard, Llc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
515549752       EDI: Q3G.COM Jul 14 2016 22:03:00      Quantum3 Group LLC as agent for,    NCEP LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
515175734      +EDI: DRIV.COM Jul 14 2016 22:03:00      Santander Consumer USA Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jul 14, 2016
                              Form ID: 148             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515176206       +EDI: DRIV.COM Jul 14 2016 22:03:00      Santander Consumer USA Inc.,   P.O. Box 961245,
                 Fort Worth, TX 76161-0244
515166517        EDI: TFSR.COM Jul 14 2016 22:03:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
515231818        EDI: WFFC.COM Jul 14 2016 22:03:00      Wells Fargo Bank, N.A.,   PO Box 10438,
                 Des Moines, IA 50306-0438
                                                                                                TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515705723*      +MidFirst Bank,,    999 NW Grand Blvd., Suite 100,,   Oklahoma City, OK 73118-6051
515549753*       Quantum3 Group LLC as agent for,   NCEP LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Denise E. Carlon     on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               dcarlon@zuckergoldberg.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              John Philip Schneider     on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Toyota Motor Credit Corporation
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman     on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Warren S. Jones, Jr.    on behalf of Creditor    Global Lending Services wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
              William A Ward    on behalf of Debtor Edward  Matturo williamwardesq@earthlink.net
              William A Ward    on behalf of Joint Debtor Phyllis  Matturo williamwardesq@earthlink.net
                                                                                                TOTAL: 13
```