Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 14−32391−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward Matturo | Phyllis Matturo |
| 1048 Juniper Drive | 1048 Juniper Drive |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
  xxx−xx−0771                                           xxx−xx−0446

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 29, 2016</u>          <u>Kathryn C. Ferguson</u>
                                                      Judge, United States Bankruptcy Court